IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | ) | |
|---|---|---|
| IN RE: MOTION TO SEAL INDICTMENT | ) | CRIMINAL NO. 3:19CR 104 |

## MOTION TO SEAL

COMES NOW, the United States of America, by counsel, and respectfully moves that this Court issue an Order sealing this case.

        Respectfully submitted

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By: *Heather Mansfield*
     Assistant United States Attorney