IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL** |
| ) | |
| v. ) | CRIMINAL NO. 3:19-cr- **104** |
| ) | |
| CHIKOSI LEGINS, ) | Deprivation of Rights Under Color of Law |
| ) | 18 U.S.C. § 242 |
| Defendant. ) | (Count 1) |
| ) | |
| ) | Aggravated Sexual Abuse |
| ) | 18 U.S.C. § 2241(a) |
| ) | (Count 2) |
| ) | |
| ) | Sexual Abuse of a Ward |
| ) | 18 U.S.C. § 2243(b) |
| ) | (Counts 3 and 4) |
| ) | |
| ) | False Statements |
| ) | 18 U.S.C. § 1001 |
| ) | (Count 5) |

## INDICTMENT

July 2019 TERM–Richmond, Virginia

THE GRAND JURY CHARGES THAT:

At all times relevant to this indictment:

1. Defendant CHIKOSI LEGINS was employed as a correctional officer at the Federal Correctional Institution, Petersburg, in Prince George County, Virginia, within the Eastern District of Virginia.

2. B.L., an individual known to the Grand Jury, was an inmate at the Federal Correctional Institution, Petersburg.

3. On or about March 16, 2018, and on or about May 10, 2018, the defendant, CHIKOSI LEGINS, was on duty as a correctional officer at the Federal Correctional Institution, Petersburg.

### COUNT ONE
(Deprivation of Rights Under Color of Law)

On or about May 10, 2018, in the Eastern District of Virginia, the defendant, CHIKOSI LEGINS, while acting under color of law, used his penis to penetrate B.L.'s mouth and anus against B.L.'s will, thereby willfully depriving B.L. of the right, secured and protected by the Constitution and laws of the United States, not to be subjected to cruel and unusual punishment. This act included aggravated sexual abuse and attempted aggravated sexual abuse and resulted in bodily injury to B.L.

(In violation of Title 18, United States Code, Section 242).

### COUNT TWO
(Aggravated Sexual Abuse)

On or about May 10, 2018, in the Eastern District of Virginia, the defendant, CHIKOSI LEGINS, while in a Federal prison, knowingly caused B.L. to engage in a sexual act by using force against B.L. and attempted to do so; specifically, the defendant, CHIKOSI LEGINS, pushed, hit, restrained, and overcame B.L., and the defendant used his penis to penetrate B.L.'s mouth and anus.

(In violation of Title 18, United States Code, Section 2241(a)).

## COUNT THREE
(Sexual Abuse of a Ward)

On or about May 10, 2018, in the Eastern District of Virginia, the defendant, CHIKOSI LEGINS, while in a Federal prison, knowingly engaged in a sexual act and attempted to do so with B.L., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant; specifically, Correctional Officer CHIKOSI LEGINS used his penis to penetrate inmate B.L.'s mouth and anus while in the Federal Correctional Institution, Petersburg.

(In violation of Title 18, United States Code, Section 2243(b)).

## COUNT FOUR
(Sexual Abuse of a Ward)

On or about March 16, 2018, in the Eastern District of Virginia, the defendant, CHIKOSI LEGINS, while in a Federal prison, knowingly engaged in a sexual act and attempted to do so with B.L., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant; specifically, Correctional Officer CHIKOSI LEGINS used his penis to penetrate inmate B.L.'s mouth while in the Federal Correctional Institution, Petersburg.

(In violation of Title 18, United States Code, Section 2243(b)).

## COUNT FIVE
(False Statements)

On or about June 5, 2018, in the Eastern District of Virginia, the defendant, CHIKOSI LEGINS, knowingly and willfully made false, fictitious, and fraudulent statements and representations to Special Agents of the Federal Bureau of Investigation (FBI) and the Department of Justice (DOJ) Office of the Inspector General as to material facts in relation a matter within the jurisdiction of the FBI and DOJ, agencies of the United States. Specifically, the defendant, CHIKOSI LEGINS: (1) falsely denied that he engaged in a sexual act with any inmate at any time at Federal Correctional Institution, Petersburg; and (2) falsely stated that on May 10, 2018, he attempted to use a computer and printer while he was engaged in "just conversation" with inmate B.L. when they were alone in an unattended office with no surveillance cameras. Those statements and representations by CHIKOSI LEGINS were false, because as CHIKOSI LEGINS then well knew, he had engaged in a sexual act with an inmate at Federal Correctional Institution, Petersburg; and on May 10, 2018, the defendant used an unattended office with no surveillance cameras to engage in a sexual act with B.L.

(In violation of Title 18, United States Code, Section 1001).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

ERIC R. DREIBAND
ASSISTANT UNITED STATES
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney

By: *signature*
Forrest Christian
Deputy Chief
Kathryn E. Gilbert
Trial Attorney