**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19cr104 |
| ) | |
| CHIKOSI LEGINS, ) | |
| ) | |
| *Defendant.* ) | |

**EXHIBIT LIST OF THE UNITED STATES**

| Exhibit No. | Description |
|---|---|
| 1-A - 1-E | Surveillance video from 3/16/2018 |
| 2 | Compilation video of 2-A through 2-E from 5/10/2018 |
| 2-A – 2-E | Surveillance video from 5/10/2018 |
| 3 | St. Mary's Hospital forensic nurse examination records |
| 4 | DNA specimen collection swabs and blood sample collected from B.L. on 5/10/2018 |
| 4-A | Item No. 1 (Penile swabs) |
| 4-B | Item No. 3 (Thighs/external genitalia swabs) |
| 4-C | Item No. 5 (Anorectal swabs) |
| 4-D | Item No. 7 (Perianal/buttocks swabs) |
| 4-E | Item No. 9 (Oral swabs) |
| 4-F | Item No. 11 (Swabs from lips/lip area) |
| 4-G | Item No. 13 (Swabs from back of right hand) |
| 4-H | Item No. 17 (B.L. blood sample) |
| 5-A – 5 F | Photographs of FCC Petersburg |
| 6 | Diagram of F-South and F-North Housing Units |
| 7 | Diagram of FCI Petersburg - Medium |
| 8 | Lined paper note collected on 5/10/2018 |
| 9 | Paper towel note collected on 5/10/2018 |
| 10 | Sweatshirt recovered from B.L. on 5/10/2018 |
| 11 | Shirt (torn) recovered from B.L. on 5/10/2018 |
| 12 | Jock strap recovered from B.L. on 5/10/2018 |
| 13 | Shorts recovered from B.L. on 5/10/2018 |
| 14 | Poncho recovered from B.L. on 5/10/2018 |
| 15 | DNA Report (Kara Gregor), dated 11/15/2018 |
| 16 | DNA Report (Kara Gregor), dated 12/13/2018 |
| 17 | DNA Report (Kara Gregor), dated 7/10/2019 |

| Exhibit No. | Description |
|---|---|
| 18 | R.J. buccal sample |
| 19 | Chikosi Legins buccal sample |
| 20 | Audio recording of Chicosi Legins interview on 6/05/2018 |
| 20-A | Transcript of Legins Interview |
| 21 | Computer Records Search ((UNT-0114103583 Logs) |
| 22 | BOP Health Services Clinical Encounter Record on 5/10/2018 |
| 23 | BOP Psychology Services Sexual Abuse Intervention |
| 24 | FCC Petersburg work roster for 5/10/2018 |

                                        Respectfully submitted,

                                        G. ZACHARY TERWILLIGER
                                        UNITED STATES ATTORNEY

By:       /s/
                        Thomas A. Garnett
                        Assistant United States Attorney
                        Virginia Bar No. 86054
                        United States Attorney's Office
                        919 East Main Street, Suite 1900
                        Richmond, Virginia 23219
                        (804) 819-5400
                        (804) 771-2316 (facsimile)
                        Email: Thomas.A.Garnett@usdoj.gov

                        Kathryn E. Gilbert
                        Trial Attorney
                        Civil Rights Division
                        United States Department of Justice

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to Charles Gavin, counsel for the defendant.

By:       /s/
      Thomas A. Garnett
      Assistant United States Attorney
      Virginia Bar No. 86054
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, Virginia 23219
      (804) 819-5400
      (804) 771-2316 (facsimile)
      Email: Thomas.A.Garnett@usdoj.gov

      Kathryn E. Gilbert
      Trial Attorney
      Civil Rights Division
      United States Department of Justice